**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DERRICK SOLOMON PRUITT**                                                     **PLAINTIFF**

**v.**                                                     **NO. 4:03CV442-P-D**

**JANICE BROWN, ET AL.**                                                      **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated May 20, 2005, and the June 6, 2005, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

    **ORDERED**:

    1.    That the Report and Recommendation of the United States Magistrate Judge dated May 20, 2005, is hereby approved and adopted as the opinion of the court.

    2.    That all of the plaintiff's claims against the sole remaining defendant, Leola Jordan, are hereby **DISMISSED** with prejudice for failure to effect personal service – and because Leola Jordan enjoys qualified immunity.

    3.    That this case is **CLOSED.**

THIS, the 12th day of September, 2005.

                                                  /s/ W. Allen Pepper, Jr.
                                                  W. ALLEN PEPPER, JR.
                                                  UNITED STATES DISTRICT JUDGE